United States District Court
Southern District of Texas
**ENTERED**
February 12, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COUNTY OF HARDIN, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:19-CV-0114 |
| § | |
| ENDO HEALTH SOLUTIONS, INC., *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

Having considered plaintiff County of Hardin's motion to remand (Dkt. No. 4) and all responses, replies, exhibits, and arguments of counsel thereto, the Court hereby DENIES the plaintiff's motion and STAYS the case pending transfer to the Opiate Litigation MDL No. 2804, Doc. 3475.

It is so ORDERED.

SIGNED on this 12th day of February, 2019.

_____

Kenneth M. Hoyt
United States District Judge