United States District Court
Southern District of Texas
**ENTERED**
April 02, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COUNTY OF HARDIN, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:19-CV-00114 |
| § | |
| ENDO HEALTH SOLUTIONS, INC., *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

Having considered the plaintiff, County of Hardin's Motion to Reconsider Order Denying Remand (Dkt. No. 10), the defendants', Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.'s Opposition to the motion, and all replies, exhibits, and arguments of counsel thereto, the Court hereby DENIES the Motion for Reconsideration.

It is so ORDERED.

SIGNED on this 2nd day of April, 2019.

_____
Kenneth M. Hoyt
United States District Judge